IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| **ASHLEY BRANUM,** | * |
| PLAINTIFF, | * |
| v. | *CIVIL ACTION NO.: 22-cv-00313-JB-N |
| **ALABAMA POINT VENUE, LLC** a/k/a **THE GULF,** | * |
| DEFENDANT. | * |

## NOTICE TO CLERK OF SUBMISSION OF FOIA REQUEST

Pursuant to the Court's August 17, 2023 order (Doc. 72), Plaintiff Ashley Branum states:

Plaintiff gives notice to this Honorable Court that she has complied with the Court's Order (Doc. 72) by submitting the FOIA and/or Section 83 requests to the EEOC by means of online portal and email to Michael Heise, Esq. Plaintiff submitted the FOIA request with a copy of the Plaintiff's Complaint in this action and a copy of the Order (Doc. 72).

RESPECTFULLY SUBMITTED this the 22nd day of August 2023.

                              **ANDY CITRIN INJURY ATTORNEYS**
                              Attorneys for Plaintiff

                              */s/ W. Bradford Kittrell*
                              W. BRADFORD KITTRELL (KITTW3444)
                              BRETT W. AARON (AAR006)
                              MALLORY J. MANGOLD (MANM1895)
                              Post Office Drawer 2187
                              Daphne, Alabama 36526
                              Telephone:   (251) 888-8400

Facsimile: (251) 888-8000
brad@citrinlaw.com

**CERTIFICATE OF SERVICE**

I do hereby certify that I have on this 22nd day of August 2023, electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Richard B. Johnson, Esq.
Breanne S. Zarzour, Esq.
Caleb Diaz, Esq.
PHELPS DUNBAR LLP
Post Office Box 2727
Mobile, AL 36652
*Attorneys for Defendants Alabama Point Venue, LLC*
*d/b/a The Gulf and Shaul Zislin*

                                      */s/ W. Bradford Kittrell*
                                      OF COUNSEL