**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

ASHLEY BRANUM,

Plaintiff,

v.

ALABAMA POINT VENUE, LLC,

Defendant.

1:22-CV-00313-JB-N

**JOINT STATEMENT REGARDING SETTLEMENT**

COME NOW, the Plaintiff, Ashley Branum, and Defendant, Alabama Point Venue, LLC (collectively, the "Parties"), by and through undersigned counsel and in accordance with the Court's Order, dated August 14, 2023 (Doc. 68, PageID #:443-47), submit the following joint statement regarding status of settlement and whether a settlement conference would be helpful:

1. While the Parties have informally discussed settlement, no settlement has been reached at this time.

2. The Parties have agreed, however, to participate in a global mediation during a settlement conference scheduled for October 27, 2023, with U.S. Magistrate Judge Katherine P. Nelson as set forth in the Court's September 22, 2023 Order (Doc. 82, PageID #: 969-70).

Dated this 13th day of October, 2023.

*/s/ W. Bradford Kittrell (with consent)*
W. Bradford Kittrell (KITTW3444)
Brett W. Aaron (asb-7508-t50h)
ANDY CITRIN INJURY ATTORNEYS, P.C.
Post Office Box 2187
1703 Main Street

Daphne, Alabama 36526
Telephone: (251) 888-8400
Facsimile: (251) 888-8000
brad@citrinlaw.com
brett@citrinlaw.com

/s/ *J. Breanne S. Zarzour*

Richard Johnson, Esq.
Breanne Zarzour, Esq.
Caleb Diaz, Esq.
**PHELPS DUNBAR LLP**
richard.johnson@phelps.com
brie.zarzour@phelps.com
caleb.diaz@phelps.com
*Attorneys for Defendant Alabama Point Venue, LLC d/b/a The Gulf*